IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VINCENT CROWELL,

      Appellant,

v.

                                  Case No.  5D23-1202
                                  LT Case No. 2007-CF-004464

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 1, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge

Vincent Crowell, Lawtey, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


JAY, SOUD and PRATT, JJ., concur.